NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

THOMAS G. JARRARD,
*Petitioner,*

v.

DEPARTMENT OF JUSTICE,
*Respondent.*

---------------------------------------------------

THOMAS G. JARRARD,
*Petitioner,*

v.

SOCIAL SECURITY ADMINISTRATION,
*Respondent.*

2011-3050, -3051

Petitions for review of the Merit Systems Protection Board in case nos. SF3330100815-I-1 and SF3330100024-I-1.

ON MOTION

ORDER

Upon consideration of Thomas G. Jarrard's unopposed motion to consolidate appeal nos. 2011-3050 and 2011-3051,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Jarrard's consolidated initial brief is due within 40 days from the date of filing of this order.

FOR THE COURT

MAR 3 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas G. Jarrard
     Anuj Vohra, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 1 2011

JAN HORBALY
CLERK